Robert D. Hoffman, SBN 123458
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
(310) 551-7000
(310) 203-9321 (facsimile)

Attorneys for Plaintiff TIG Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIG INSURANCE COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　　Defendant. | Case No. 2:06-CV-02390-DFL-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  It is hereby stipulated by and between plaintiff TIG Insurance Company and
2  defendant Philadelphia Indemnity Insurance Company, through their designated
3  counsel, that the above-captioned action shall be and hereby is dismissed with
4  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to
5  bear its own costs.

7  Dated: December ___, 2006        **CHARLSTON, REVICH & CHAMBERLIN LLP**

                                    By: _____
                                    Robert D. Hoffman
                                    Attorneys for Plaintiff Admiral Insurance Company

   Dated: December ___, 2006        **PROUT • LEVANGIE**

                                    By: _____
                                    Michael J. LeVangie
                                    Attorneys for Defendant Philadelphia Indemnity Insurance Company

                                    **<u>ORDER</u>**

19 IT IS SO ORDERED.

21 Dated:   January 25, 2007

                                    /s/ David F. Levi
                                    UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1925 Century Park East, Suite 1250, Los Angeles, CA 90067-2746.

On **January 25, 2007**, the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** is being served on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael J. LeVangie, Esq.
Prout • LeVangie
2150 River Plaza Drive, Suite 420
Sacramento, California 95833
Fax No.: (916) 923-2151

__X__ **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

____ **(BY PERSONAL SERVICE)** ALLSTAR Messenger Service, 345 South Figueroa Street, Suite 305, Los Angeles, CA 90071 delivered such envelope by hand to the offices of the addressee.

____ **BY FACSIMILE:** By transmitting via facsimile on this date from fax number (310) 203-9321 the foregoing documents to the addressee at the facsimile number indicated therefor, as follows:          . The transmission was completed before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached.

__X__ **FEDERAL**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 25, 2007**, at Los Angeles, California.

_____
Jane Wolfberg